UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS, AND PROFESSIONAL, CLERICAL, PUBLIC, AND MISCELLANEOUS EMPLOYEES, LOCAL UNION NO. 533; AND GEORGE ELY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., f/k/a MOTOR CARGO, INC.,<br><br>    Defendant. | 3:06-CV-0467-ECR-RAM<br><br>MINUTES OF THE COURT<br><br>DATE: DECEMBER 8, 2006 |

PRESENT:    EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN       Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)             NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On November 15, 2006, the Magistrate Judge filed a Report and Recommendation (#19). No objections were timely filed to the Report and Recommendation (#19).

    The Report and Recommendation (#19) appears to be well taken.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#19) is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Plaintiffs' amended motion (#1-3, refiled as #17) to compel arbitration is **DENIED**.

    The motion (#17), which is also treated as the complaint in this action, seeks only to compel arbitration. Hence, it appears to the Court that the case is resolved on denial of the motion (#17).

**IT IS, THEREFORE, HEREBY FURTHER ORDERED** that judgment shall be entered by the Clerk that arbitration shall not be compelled.

The parties will have fifteen (15) days within which to file a motion for reconsideration of this order.

LANCE S. WILSON, CLERK

By ___/s/_____
      Deputy Clerk